COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-10-143-CV

IN THE INTEREST OF K.A.V. 

AND C.-S.A.V., CHILDREN

------------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Appellant A.L.V. attempts to appeal from the trial court’s default judgment signed March 15, 2010.  Because an appeal from a case in which termination of parental rights is an issue is accelerated,
(footnote: 2) Appellant’s notice of appeal was due April 5, 2010.
(footnote: 3)  But Appellant did not file his notice of appeal until May 6, 2010, which was untimely.
(footnote: 4) 

On May 12, 2010, we notified Appellant that his appeal was subject to dismissal for want of jurisdiction unless, by May 24, 2010, he filed a response showing grounds for continuing the appeal.
(footnote: 5)  Appellant’s response indicates that “[a]t this point of time, [he] would rather not pursue any legal matters involving [his] children.”

Accordingly, we dismiss this appeal and Appellant’s pending motion for want of jurisdiction.
(footnote: 6)

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  June 10, 2010

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.

2:
See
 Tex. Fam. Code Ann. § 109.002(a) (Vernon 2009).

3:
See
 Tex. R. App. P. 26.1(b), 28.1(b).

4:
See
 Tex. R. App. P. 26.1(b).

5:
See
 Tex. R. App. P. 42.3(a).

6:
See
 Tex. R. App. P. 42.3(a), 43.2(f).